

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint
Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The Court Reporter's Extension of Time to File Reporter's Record has been GRANTED.
The record is due on June 6, 2019.  No further extension.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 24th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court